*C. Fletcher* and *O. Butler,* for the defendants.

---

JONES and Another *v.* MARTIN.—On appeal.

*Thursday, May 28.*

A *SCIRE FACIAS,* issued by a justice of the peace against bail for the stay of execution, was returned executed, and a judgment by default rendered by the justice. Appeal by the defendant to the Circuit Court. The defendant appeared in the Circuit Court, and pleaded *nul tiel record* to the *scire facias.* Afterwards, on the defendant's motion, the suit was dismissed because the name of the justice was not subscribed to the *scire facias. Held,* that the judgment was erroneous; the objection to the writ being waived by the appearance and plea to the action. *Wibright* v. *Wise,* 4 Blackf. 137.—*Perkins* v. *Smith,* id. 299.